IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

AVORY WILLIAMS, JR.,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:24-cv-00741

UPS,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 18, 2025, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 10] ("PF&R") and recommended that the court grant Defendant's Rule 12(b)(6) Motion to Dismiss, [ECF No. 5], as unopposed, and dismiss this civil action with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** Defendant's Rule

12(b)(6) Motion to Dismiss, [ECF No. 5] as unopposed, and **DISMISSES** this civil action **WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER: April 3, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE